**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| AMF BOWLING CENTERS, INC.; BOWLERO CORP., | § § § | |
| *Plaintiffs*, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 3:23-cv-448 |
| THOMAS TANASE, | § § § | |
| *Defendant*. | § | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, the undersigned counsel of record for Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp. hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

Bowlero Corp. is a publicly traded company on the New York Stock Exchange. A-B Parent LLC, a Delaware limited liability company, owns 10% or more of Bowlero's Class A common stock.

AMF Bowling Centers, Inc. is a wholly owned subsidiary of Bowlero Corp. No other corporation owns 10% or more of the Class A common stock of Bowlero Corp.

**Dated**: July 12, 2023

**AMF BOWLING CENTERS, INC.
and
BOWLERO CORP.**

By_____/s/ *Randy C. Sparks, Jr.*_____
Randy C. Sparks, Jr. (VSB No. 40723)
Catrina C. Waltz (VSB No. 98446)
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23219
Phone: (804) 771-5700

Fax: (888) 360-9092
rcsparks@kaufcan.com
ccwaltz@kaufcan.com

Alex Spiro (NY Bar No. 4656542)
(*Pro Hac Vice* anticipated)
Hope D. Skibitsky (NY Bar No. 5362124)
(*Pro Hac Vice* anticipated)
Daniel Sisgoreo (NY Bar No. 5812417)
(*Pro Hac Vice* anticipated)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
danielsisgoreo@quinnemanuel.com

Asher B. Griffin (TX Bar No. 24036684)
(*Pro Hac Vice* anticipated)
300 West 6th St., Suite 2010
Austin, TX 78701
Phone: (737) 667-6100
Fax: (737) 667-6110
ashergriffin@quinnemanuel.com

Michael Shaheen (DC Bar No. 997266)
(*Pro Hac Vice* anticipated)
1300 I Street NW
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
michaelshaheen@quinnemanuel.com

*Counsel for Plaintiffs AMF Bowling
Centers, Inc. and Bowlero Corp.*