IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| AMF BOWLING CENTERS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS TANASE, <br><br> Defendant. | Civil Action No. 3:23-cv-448–HEH |

## ORDER

THIS MATTER is before the Court on its own initiative. On July 12, 2023, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction. (ECF No. 7.) Upon due consideration and finding it appropriate to do so, the Court will SET A HEARING on this Motion for Thursday, July 27, 2023, at 10:00 a.m.

Plaintiffs are DIRECTED to promptly serve Defendant with this Order, so that he may have sufficient time to prepare for the hearing.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: July 18, 2023
Richmond, Virginia