AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| AMF BOWLING CENTERS, INC. AND BOWLERO CORP. *Plaintiff(s)* v. THOMAS TANASE *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:23-cv-448 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS TANASE
7991 KENMORE DRIVE
MECHANICSVILLE, VA 23111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Randy C. Sparks, Jr., Esq.
Catrina C. Waltz , Esq.
KAUFMAN & CANOLES, P.C.
Two James Center, 1021 East Cary Street, Suite 1400, Richmond, VA 23129
T: (804) 771-5700; (F): 360-9092
rcsparks@kaufcan.com; ccwaltz@kaufcan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 14, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-448

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Tanase

was received by me on *(date)* 7/14/23 .

☒ I personally served the summons on the individual at *(place)* 7991 Kenmore Dr
Posted after he misidentified and went into house, on *(date)* 7/14/23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/14/23

*Server's signature*

A. Satewright
*Printed name and title*

1011 E Main Street, Suite LL55 Richmond, VA 23219
*Server's address*

Additional information regarding attempted service, etc:

Approached Mr Tanase and asked if he was the individual named on the Summons & Complaint and he said no and he didn't know if Mr Tanase was home (he was cutting the grass outside) then he entered the home and refused to answer the door. Upon looking on social media I discovered it was he I was speaking to and thus determined he lied to avoid service. Service was then posted to the main entrance of his home while he was inside since I identified that I had papers for him.