IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMF BOWLING CENTERS, )
INC., *et al.*, )
                           )
            Plaintiffs, )
                           )
v.                              )    Civil Action No. 3:23-cv-448–HEH
                           )
THOMAS TANASE, )
                           )
            Defendant. )

## ORDER

THIS MATTER is before the Court on its own initiative. On July 12, 2023, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion," ECF No. 7). The Court set a hearing as to that Motion for July 27, 2023. On the eve of July 27, 2023, the parties filed a Joint Stipulation and Proposed Order (ECF No. 30), indicating that they had resolved all underlying issues pertaining to the Motion and that a hearing on such Motion would no longer be necessary. In response, the Court entered the Stipulation and Order and canceled the hearing. (ECF No. 31.) As all issues pertaining to the Motion have been resolved, Plaintiffs' Motion (ECF No. 7) shall be deemed as MOOT.

It is so ORDERED.

                                                 /s/
                                      Henry E. Hudson
                                      Senior United States District Judge

Date: July 27, 2023
Richmond, Virginia