# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| AMF BOWLING CENTERS, INC.; BOWLERO CORP. | § § § § § § § § § § § | CIVIL ACTION NO.<br><br>3:23-cv-00448 |
| *Plaintiffs*, | | |
| vs. | | |
| THOMAS TANASE, | | |
| *Defendant.* | | |

## VERIFICATION

I, Kevin Crossman, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the statements set forth therein are, to the best my knowledge, information, and belief, true and correct.

Executed this 16 day of October, 2023
Mechanicsville, VA

Kevin Crossman