IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| AMF BOWLING CENTERS, INC.; BOWLERO CORP., | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Civil Action No. 3:23-cv-00448-HEH |
| THOMAS TANASE, | § § § | |
| *Defendant.* | § | |

**PLAINTIFFS' MOTION TO COMPEL
FURTHER DEPOSITION OF DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 37, the Local Rules of the United States District Court for the Eastern District of Virginia (the "Local Civil Rules"), and the Court's March 21, 2024 Order (ECF 91), Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp. (collectively, "Bowlero"), by counsel, respectfully move the Court for an order compelling the further deposition of Defendant Thomas Tanase ("Mr. Tanase"). As discussed in the accompanying Memorandum of Law, Mr. Tanase has waived any applicable privilege over certain communications.

Bowlero respectfully requests that this Court enter an Order:

1. compelling Mr. Tanase to attend an additional one-hour, virtual deposition and provide testimony to the Disputed Questions (as more fully described in the accompanying Memorandum of Law), along with additional testimony to any related questions resulting from his testimony to the Disputed Questions.

2. providing any other relief the Court deems just and proper.

**Dated**: March 29, 2024

Respectfully submitted,

**AMF BOWLING CENTERS, INC.
and BOWLERO CORP.**

1

*/s/ Neil S. Talegaonkar*
Randy C. Sparks, Jr. (VSB No. 40723)
Neil S. Talegaonkar (VSB No. 44589)
Catrina C. Waltz (VSB No. 98446)
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23219
Phone: (804) 771-5700
Fax: (888) 360-9092
rcsparks@kaufcan.com
nstalegaonkar@kaufcan.com
ccwaltz@kaufcan.com

Alex Spiro (NY Bar No. 4656542) (admitted *Pro Hac Vice*)
Hope D. Skibitsky (NY Bar No. 5362124) (admitted *Pro Hac Vice*)
Daniel Sisgoreo (NY Bar No. 5812417) (admitted *Pro Hac Vice*)
Cara Mund (NY Bar No. 6069199) (admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
danielsisgoreo@quinnemanuel.com
caramund@quinnemanuel.com

*Counsel for Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp.*

## CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL

I hereby certify under Local Rule 37(E) that a good faith effort has been made between counsel to resolve the discovery matters at issue prior to bringing this motion.

/s/ *Neil S. Talegaonkar*
Neil S. Talegaonkar

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel for Defendant Thomas Tanase:

Daniel K. Kim, Esq.
Law Offices Of Daniel K. Kim, PLLC
4103 Chain Bridge Road
Suite 100
Fairfax, VA 22030
daniel.kim@kimlaw.us

I. Scott Pickus, Esq.
10132 West Broad Street
Glen Allen, VA 23060
spickus1@comcast.net

Alan Jay Cilman, Esq.
10474 Armstrong Street
Fairfax, VA 22030
acilman@aol.com

/s/ *Neil S. Talegaonkar*
Neil S. Talegaonkar (VSB No. 44589)
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
Emails: nstalegaonkar@kaufcan.com