UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| AMF BOWLING CENTERS, INC., *et al.* )<br>)<br>　　　Plaintiffs, )<br>)<br>v. )<br>)<br>THOMAS TANASE )<br>)<br>　　　Defendant. )<br>) | Civil Action No. 3:23cv448 |

**MOTION TO WITHDRAW**

COMES NOW, the Law Offices of Daniel K. Kim, PLLC, by and through undersigned counsel, and respectfully moves this honorable Court for leave to withdraw as counsel for Defendant Thomas Tanase in the above-captioned action and, for the grounds of this motion states as follows:

The Law Offices of Daniel K. Kim, PLLC, through Daniel K. Kim ("Counsel"), were retained by Defendant Tanase on an expedited basis to substitute as counsel for Defendant's previous counsel, Jay Igiel, who was granted leave to withdraw. Counsel has addressed the immediate needs and requirements of the representation. However, upon further exposure to the facts and issues, the client determined to engage other counsels.

As the Court may be aware, Mr. Tanase has retained two additional separate firms as co-counsel as early as March 15, 2024. Consequently, undersigned Counsel's services are no longer required, and it is the agreement of both Mr. Tanase and Counsel that Daniel K. Kim and The Law Offices of Daniel K. Kim, PLLC withdraw from this case. As new counsel are up to speed, there is no withdrawal related prejudice to Mr. Tanase. Counsel has provided written

1

notice to Defendant Tanase in accordance with the Local Rules and Rules of Professional Responsibility.

WHEREFORE it is respectfully requested that this Motion be GRANTED and that the Law Offices of Daniel K. Kim, PLLC and its attorney Daniel K. Kim, Esq. be granted leave to withdraw and that said withdrawal immediately as counsel for the Defendant Thomas Tanase effective upon the date of this Motion.

                                                Respectfully Submitted
                                                Thomas Tanase
                                                *By Counsel*

Dated:  April 1, 2024

   */s/ Daniel Kim*
Daniel K. Kim [VSB No. 86835]
LAW OFFICES OF DANIEL K. KIM, PLLC
4103 Chain Bridge Road, Suite 100
Fairfax, VA 22030
703-940-3800 ext. 201 (telephone)
703-659-8411 (facsimile)
daniel.kim@kimlaw.us
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of April, 2024 a copy of the foregoing was served on all counsel of record via the CM/ECF system, system.

    Randy C. Sparks, Jr.
    Catrina C. Waltz
    KAUFMAN & CANOLES, P.C.
    1021 East Cary Street, Suite 1400
    Richmond, VA 23219
    rcsparks@kaufcan.com
    ccwaltz@kaufcan.com

    Alexander Benjamin Spiro
    Daniel Sisgoreo
    Hope Delaney Skibitsky
    Quinn Emanuel Urquhart & Sullivan, LLP (NY-NA)
    51 Madison Ave
    22nd Floor
    New York, NY 10010
    alexspiro@quinnemanuel.com
    danielsisgoreo@quinnemanuel.com
    hopeskibitsky@quinnemanuel.com

    Asher Griffin
    Quinn Emanuel Urquhart & Sullivan, LLP
    300 W. 6th Street
    Suite 2010
    Austin, TX 78701
    737-667-6100
    ashergriffin@quinnemanuel.com


    Michael Edmund Shaheen
    Quinn Emanuel Urquhart & Sullivan LLP (DC-NA)
    1300 I Street NW
    Suite 900
    Washington, DC 20005
    michaelshaheen@quinnemanuel.com

Neil Shantaram Talegaonkar
Kaufman & Canoles
1021 East Cary Street
Suite 1400
Richmond, VA 23219-4058
nstalegaonkar@kaufcan.com

I. Scott Pickus, Esquire
VSB # 24564
10132 West Broad Street
Glen Allen, VA 23060
(804) 377-6688 voice
(804) 334-6964 cell
(206) 203-2766 fax
spickus1@comcast.net

Alan J. Cilman
VSB #13066
Counsel for Defendant
10474 Armstrong Street
Fairfax, VA 22030
Telephone: (703) 261-6226
Facsimile: (703) 268-5182
acilman@aol.com

   /s/ Daniel Kim_____
Daniel K. Kim [VSB No. 86835]
LAW OFFICES OF DANIEL K. KIM, PLLC
4103 Chain Bridge Road, Suite 100
Fairfax, VA 22030
703-940-3800 ext. 201 (telephone)
703-659-8411 (facsimile)
daniel.kim@kimlaw.us (email)
*Counsel for Defendant*