**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| AMF BOWLING CENTERS, ET AL,     ) | |
|     ) | |
| **Plaintiffs,**     ) | |
|     ) | |
| **v.**     ) | **Case No: 3:23-cv-448** |
|     ) | |
| **THOMAS TANASE,**     ) | |
|     ) | |
| **Defendant.**     ) | |

## MOTION FOR LEAVE TO FILE COUNTERCLAIM AND TO ADD AN ADDITIONAL PARTY

COMES NOW Defendant THOMAS TANASE, by counsel in the captioned case and hereby moves this Honorable Court, pursuant to Rule 13 of the Federal Rules of Civil Procedure to enter an order allowing Defendant THOMAS TANASE to file a Counterclaim, (attached hereto as Exhibit A), against Plaintiffs in the captioned case and further moves this Honorable Court pursuant to Rule 19, or alternatively, pursuant to Rule 20 of the foregoing rules to allow Defendant THOMAS TANASE to summon BRETT PARKER as a Counterclaim-Defendant in this case.  As grounds for this Motion, Defendant states:

1. In their Complaint, Plaintiffs have alleged that Defendant THOMAS TANASE (Tanase) hacked into the emails of Tom Shannon (Shannon) after Tanase was terminated by Plaintiffs.

2. Tanase has vehemently denied the false allegations of hacking and has maintained that the allegations were a ruse to justify his wrongful termination and age discrimination.

3. In fact, in discussions with Counter-Defendant BRETT PARKER (Parker),
   Tanase denied the allegations resulting in Parker threatening criminal charges and
   this lawsuit if Tanase did not drop any claims against Plaintiffs, filed with the
   EEOC, or spoke with attorney Daniel W. Dowe, Esq.

4. Tanase's prior counsel did not file a counterclaim.

5. However, the issue of Tanase's termination, the false allegations by the Counter-
   Defendants, and age discrimination were heard by the EEOC, which determined
   that there was probable cause to believe that Tanase was wrongfully terminated
   due to age discrimination in violation of the 1967 Age Discrimination in
   Employment Act, 29 U.S. Code § 621, *et seq*.

6. In this case, Plaintiffs have been aware that the matters raised in the Counterclaim
   have been Tanase's position and that Tanase was asserting those matters as a
   defense to their allegations to be of no surprise nor prejudice to the Plaintiffs

7. Such other and further grounds as may become apparent at the hearing on this
   motion.

Respectfully submitted,

Thomas Tanase

*/s/     I. Scott Pickus*
By Counsel

I. Scott Pickus, Esquire
VSB # 24564
10132 West Broad Street
Glen Allen, VA 23060
(804) 377-6688 voice
(804) 334-6964 cell
(206) 203-2766 fax
spickus1@comcast.net

2

*/s/Alan J. Cilman*
Alan J. Cilman
VSB #13066
Counsel for Defendant
10474 Armstrong Street
Fairfax, VA 22030
Telephone: (703) 261-6226
Facsimile: (703) 268-5182
acilman@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the  3rd   day of April, 2024 I will electronically file the foregoing Motion for Leave to File Counterclaim and to Add an Additional Party with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Randy C. Sparks, Jr.
Catrina C. Waltz
Neil Shantaram Talegaonkar
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23219
rcsparks@kaufcan.com
ccwaltz@kaufcan.com
nstalegaonkar@kaufcan.com

Alexander Benjamin Spiro
Daniel Sisgoreo
Hope Delaney Skibitsky
QUINN EMANUEL URQUHART & SULLIVAN, LLP (NY-NA)
51 Madison Ave 22nd Floor New York, NY 10010
alexspiro@quinnemanuel.com
danielsisgoreo@quinnemanuel.com
hopeskibitsky@quinnemanuel.com

Asher Griffin
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
ashergriffin@quinnemanuel.com

Michael Edmund Shaheen
QUINN EMANUEL URQUHART & SULLIVAN, LLP (DC-NA)
1300 I Street NW Suite 900
Washington, DC 20005
michaelshaheen@quinnemanuel.com

/s/  I. Scott Pickus
I. Scott Pickus, Esquire
VSB # 24564
10132 West Broad Street
Glen Allen, VA 23060

(804) 377-6688 voice
(804) 334-6964 cell
(206) 203-2766 fax

spickus1@comcast.net