UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| AMF BOWLING CENTERS, INC.; BOWLERO CORP.<br><br>*Plaintiffs*,<br><br>vs.<br><br>THOMAS TANASE,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 3:23-cv-00448<br>§<br>§<br>§<br>§<br>§ |

## MOTION FOR SANCTIONS

For the reasons provided in the accompanying memorandum of law, Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp. (collectively, "Bowlero" or the "Company") respectfully move for sanctions in the form of a default judgment in Bowlero's favor as to liability, or, alternatively, for an order precluding Defendant Thomas Tanase's further affirmative testimony.

**Dated**: April 4, 2024

Respectfully submitted,

**AMF BOWLING CENTERS, INC.
and BOWLERO CORP.**

*/s/ Neil S. Talegaonkar*
Randy C. Sparks, Jr. (VSB No. 40723)
Neil S. Talegaonkar (VSB No. 44589)
Catrina C. Waltz (VSB No. 98446)
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Phone:   (804) 771-5700
Fax:      (888) 360-9092
Emails:  rcsparks@kaufcan.com
             nstalegaonkar@kaufcan.com
             ccwaltz@kaufcan.com

-2-

Alex Spiro (NY Bar No. 4656542)
(Admitted *Pro Hac Vice*)
Hope D. Skibitsky (NY Bar No. 5362124)
(admitted *Pro Hac Vice*)
Daniel Sisgoreo (NY Bar No. 5812417)
(Admitted *Pro Hac Vice*)
Cara Mund (NY Bar No. 6069199)
(Admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Phone:   (212) 849-7000
Fax:      (212) 849-7100
Emails:  alexspiro@quinnemanuel.com
             hopeskibitsky@quinnemanuel.com
             danielsisgoreo@quinnemanuel.com
             caramund@quinnemanuel.com

*Counsel for Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel for Defendant Thomas Tanase:

I. Scott Pickus, Esq.
10132 West Broad Street
Glen Allen, VA 23060
Email: spickus1@comcast.net

Alan Jay Cilman, Esq.
10474 Armstrong Street
Fairfax, VA 22030
Email: acilman@aol.com


/s/ *Neil S. Talegaonkar*
Neil S. Talegaonkar (VSB No. 44589)
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone:  (804) 771-5700
Facsimile:   (888) 360-9092
Email:  nstalegaonkar@kaufcan.com