# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| AMF BOWLING CENTERS, INC.; <br> BOWLERO CORP. <br><br> *Plaintiffs*, <br><br> vs. <br><br> THOMAS TANASE, <br><br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION No. 3:23-cv-00448 |

## PLAINTIFFS' *AMENDED* MOTION FOR SANCTIONS

Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp. (collectively, "Bowlero" or the "Company"), for the reasons provided in the accompanying memorandum of law, respectfully move this Court to grant sanctions against Defendant Thomas Tanase ("Tanase") by entering an order:

1. granting default judgment in Bowlero's favor and against Tanase as to liability, or, alternatively, to preclude Tanase from further affirmative testimony in this matter;

2. granting Bowlero the opportunity to depose Tanase within seven (7) days from the date of the entry of this order, or as soon as possible thereafter as counsel may mutually agree, on the Originally Produced June 17 Recording, including to question Tanase about the circumstances under which such recording was modified; and

3. ordering Tanase to pay Bowlero's attorneys' fees and costs in connection with investigating the issues related to the manipulation of the Originally Produced June 17 Recording and preparing its initial and amended Motion for Sanctions, and supporting memoranda of law as well as for continuing to litigate the Amended Motion.

**Dated**: April 7, 2024

Respectfully submitted,

**AMF BOWLING CENTERS, INC. and BOWLERO CORP.**

*/s/ Neil S. Talegaonkar*
Randy C. Sparks, Jr. (VSB No. 40723)
Neil S. Talegaonkar (VSB No. 44589)
Catrina C. Waltz (VSB No. 98446)
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23219
Phone: (804) 771-5700
Fax: (888) 360-9092
rcsparks@kaufcan.com
nstalegaonkar@kaufcan.com
ccwaltz@kaufcan.com

Alex Spiro (NY Bar No. 4656542) (admitted *Pro Hac Vice*)
Hope D. Skibitsky (NY Bar No. 5362124) (admitted *Pro Hac Vice*)
Daniel Sisgoreo (NY Bar No. 5812417) (admitted *Pro Hac Vice*)
Cara Mund (NY Bar No. 6069199) (admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
danielsisgoreo@quinnemanuel.com
caramund@quinnemanuel.com

*Counsel for Plaintiffs AMF Bowling Centers, Inc. and Bowlero Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel for Defendant Thomas Tanase:

I. Scott Pickus, Esq.
10132 West Broad Street
Glen Allen, VA 23060
spickus1@comcast.net

Alan Jay Cilman, Esq.
10474 Armstrong Street
Fairfax, VA 22030
acilman@aol.com

/s/ *Neil S. Talegaonkar*
Neil S. Talegaonkar (VSB No. 44589)
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
Emails: nstalegaonkar@kaufcan.com