UNITED STATES DISTRI7CT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMF BOWLING CENTERS, ET AL, )
)
         Plaintiffs, )
)
v. ) Case No: 3:23-cv-448
)
THOMAS TANASE, )
)
         Defendant. )
)

### AFFIDAVIT OF THOMAS TANASE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR SANCTIONS.

COMES NOW DEFENDANT THOMAS TANASE, by counsel, Alan J. Cilman and I. Scott Pickus, and submits the following affidavit in support Defendant's opposition to "*Plaintiffs' Amended Motion for Sanctions*":

**Commonwealth of Virginia:**

County of HANOVER

I, Thomas Tanase, being duly sworn, deposes and says:

1. I am the Defendant in the Captioned case;

2. I have read the previously filed "*Defendant Thomas Tanase's Response In Opposition To Plaintiffs' Amended Motion For Sanctions*" and memorandum in support thereof:

3. I, hereby certify that the facts contained therein are true and correct to the best of my knowledge and belief.

Furthermore, your affiant sayeth not.

*[signature]*
Thomas Tanase

SUBSCRIBED and SWORN to before me this 29th day of April 2024.



_____
Notary Public

I.D. No.: 8110466

My Commission Expires: 07/31/2028

                                      Respectfully submitted,

                                      Thomas Tanase
                                      By Counsel

/s/ Alan J. Cilman
Alan J. Cilman
VSB #13066
Counsel for Defendant
10474 Armstrong Street
Fairfax, VA 22030
Telephone: (703) 261-6226
Facsimile: (703) 268-5182
acilman@aol.com

/s/ I. Scott Pickus
I. Scott Pickus, Esquire
VSB #24564
10132 West Broad Street
Glen Allen, VA 23060
(804) 377-6688 voice
(804) 334-6964 cell
(206) 203-2766 fax
spickusl@comcast.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of May, 2024 I will electronically file the foregoing Affidavit of Thomas Tanase in Support of Defebdant's Opposition to Plaintiffs' Amended Motion for Sanctions with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Randy C. Sparks, Jr.
  Catrina C. Waltz
  Neil Shantaram Talegaonkar
  KAUFMAN & CANOLES, P.C.
  1021 East Cary Street, Suite 1400
  Richmond, VA 23219
  rcsparks@kaufcan.com
  ccwaltz@kaufcan.com
  nstalegaonkar@kaufcan.com


  Alexander Benjamin Spiro
  Daniel Sisgoreo
  Hope Delaney Skibitsky
  Stefan John Berthelsen
  Quinn Emanuel Urquhart & Sullivan, LLP (NY-NA)
  51 Madison Ave
  22nd Floor
  New York, NY 10010
  alexspiro@quinnemanuel.com
  danielsisgoreo@quinnemanuel.com
  hopeskibitsky@quinnemanuel.com
  stefanberthelsen@quinnemanuel.com

  Asher Griffin
  QUINN EMANUEL URQUHART & SULLIVAN, LLP
  300 W. 6th Street, Suite 2010
  Austin, TX 78701
  ashergriffin@quinnemanuel.com

  Michael Edmund Shaheen
  QUINN EMANUEL URQUHART & SULLIVAN, LLP (DC-NA)
  1300 I Street NW Suite 900
  Washington, DC 20005
  michaelshaheen@quinnemanuel.com

*s/I.Scott Pickus*
I. Scott Pickus, Esquire
VSB # 24564
10132 West Broad Street
Glen Allen, VA 23060
(804) 377-6688 voice
(804) 334-6964 cell
(206) 203-2766 fax
spickus1@comcast.net