UNITED STATES DISTRI7CT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMF BOWLING CENTERS, ET AL,   )
                              )
            Plaintiffs,       )
                              )
     v.                       )    Case No: 3:23-cv-448
                              )
THOMAS TANASE,                )
                              )
            Defendant.        )
                              )

### SECOND AFFIDAVIT OF THOMAS TANASE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR SANCTIONS.

COMES NOW DEFENDANT THOMAS TANASE, by counsel, Alan J. Cilman and I. Scott Pickus, and submits the following affidavit in support Defendant's opposition to "*Plaintiffs' Amended Motion for Sanctions*":

**Commonwealth of Virginia:**

**County of** _Hanover_

I, Thomas Tanase, being duly sworn, deposes and says:

1. I am the Defendant in the Captioned case;

2. I have read the previously filed "*Defendant Thomas Tanase's Response In Opposition To Plaintiffs' Amended Motion For Sanctions*" and memorandum in support thereof:

3. I, hereby certify that the facts contained therein are true and correct to the best of my knowledge and belief.

4. I did not alter or edit the recordings between me and Brett Parker;

5. I did not hack into Tom Shannon's computer;

6. My password was changed when I was fired

7. After I was terminated, I contacted the manager of support, the assistant manager of support, and the manager of systems for Bowlero to gain access to my Bowlero issued computer;

8. They assisted me, including giving me a new password.

Furthermore, your affiant sayeth not.

_____
Thomas Tanase

SUBSCRIBED and SWORN to before me this 2nd day of May 2024.

_____
Notary Public

I.D. No.: 8110466

My Commission Expires: 07/31/2028

Respectfully submitted,

Thomas Tanase
By Counsel

/s/Alan J. Cilman
Alan J. Cilman
VSB #13066
Counsel for Defendant
10474 Armstrong Street
Fairfax, VA 22030
Telephone: (703) 261-6226
Facsimile: (703) 268-5182
acilman@aol.com

/s/I.Scott Pickus
I. Scott Pickus, Esquire
VSB # 24564
10132 West Broad Street
Glen Allen, VA 23060

2

(804) 377-6688 voice
(804) 334-6964 cell
(206) 203-2766 fax
spickus1@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2024 I will electronically file the foregoing "SECOND AFFIDAVIT OF THOMAS TANASE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR SANCTIONS" with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Randy C. Sparks, Jr.
    Catrina C. Waltz
    Neil Shantaram Talegaonkar
    KAUFMAN & CANOLES, P.C.
    1021 East Cary Street, Suite 1400
    Richmond, VA 23219
    rcsparks@kaufcan.com
    ccwaltz@kaufcan.com
    nstalegaonkar@kaufcan.com


    Alexander Benjamin Spiro
    Daniel Sisgoreo
    Hope Delaney Skibitsky
    QUINN EMANUEL URQUHART & SULLIVAN, LLP (NY-NA)
    51 Madison Ave 22nd Floor New York, NY 10010
    alexspiro@quinnemanuel.com
    danielsisgoreo@quinnemanuel.com
    hopeskibitsky@quinnemanuel.com

    Asher Griffin
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    300 W. 6th Street, Suite 2010
    Austin, TX 78701
    ashergriffin@quinnemanuel.com

    Michael Edmund Shaheen
    QUINN EMANUEL URQUHART & SULLIVAN, LLP (DC-NA)
    1300 I Street NW Suite 900
    Washington, DC 20005
    michaelshaheen@quinnemanuel.com

                                                *s/Alan J. Cilman*

Alan J. Cilman
VSB #13066
Counsel for Defendant
10474 Armstrong Street
Fairfax, VA 22030
Telephone: (703) 261-6226
Facsimile: (703) 268-5182
acilman@aol.com

4