CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET                     Date:   May 3, 2024

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>AMF BOWLING CENTERS, INC. and BOWLERO CORP.<br>       v.<br>THOMAS TANASE | CASE NO:   3:23CV00448-HEH<br><br>JUDGE:   Hudson, SUSDJ<br><br>COURT REPORTER:   Liscio, OCR |

MATTER ON FOR:    ( ) Bench Trial   (**X**) Motion Hearing   ( )  OTHER: _____

APPEARANCES:       Plaintiffs by counsel; defendant with counsel_____

### TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )    DEFENDANT(S) ( )    COURT ( )
OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )   MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )   MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANTS ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )

### ADDITIONAL NOTATIONS:

Matter came on for hearing on Defendant's Motion for Leave to File Counterclaim and to Add an Additional Party (ECF no. 100), and Plaintiff's Amended Motion for Sanctions (ECF no. 111).
Argument heard on Defendant's Motion for Leave to File Counterclaim; motion denied.
Argument heard on Plaintiffs' Amended Motion for Sanctions; motion granted in-part as to deposition of defendant, and taken under advisement as to remainder of motion.

### APPEARANCES:

| | |
|---|---|
| Plaintiffs | Hope D. Skibitsky, Esq.; Stefan J. Berthelsen, Esq.; Neil S. Talegaonkar, Esq. |
| Defendant | Alan J. Cilman, Esq. and I. Scott Pickus, Esq. |

SET   10:00 a.m.        BEGAN   10:22 a.m.        ENDED   11:24 a.m.        TIME IN COURT   1:02